# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

WILLIE LEE WILLIAMS,                                                                       PLAINTIFF
ADC #667506

v.                                3:20-cv-00054-JM-JJV

DOES, C.O. Percy, and
HOLLY KELLETT, Nurse                                               DEFENDANTS

## **PROPOSED FINDINGS AND RECOMMENDATIONS**

### **INSTRUCTIONS**

The following recommended disposition has been sent to United States District Judge James M. Moody, Jr. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the new hearing in the form

of an offer of proof, and a copy or the original of any documentary or other non-testimonial evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

### I.   ANALYSIS

Willie Lee Williams ("Plaintiff") has filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 alleging Defendants "C.O. Percy" and "Nurse Holly" failed to provide him with constitutionally adequate medical care for an injured finger. (Doc. No. 2.) On February 21, 2020, I issued an Order granting Plaintiff *in forma pauperis* status, explaining his obligations under Local Rule 5.5(c)(2), and advising him of the consequences if he failed to abide by that rule.[1] (Doc. No. 3.) Plaintiff received that Order.

On May 11, 2020, mail sent to Plaintiff was returned undeliverable because he had been released without providing a new address to the Clerk, as required by Local Rule 5.5(c)(2). (Doc. Nos. 11, 12.)   The next day, I issued an Order giving Plaintiff thirty (30) days to provide his current mailing address to the Clerk and file another Application to Proceed Without Prepayment

---

[1] Local Rule 5.5(c)(2) states: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

of Fees and Affidavit demonstrating whether he was still entitled to proceed *in forma pauperis* after his release. (Doc. No. 13.) I warned Plaintiff that I would recommend dismissal if he did not timely do so. (*Id.*)

Plaintiff has not complied with my May 12, 2020 Order, and the time to do so has expired. Thus, this case should be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

## II.   CONCLUSION

IT IS, THEREFORE, RECOMMENDED THAT:

1. The case be DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2).

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this Recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 30th day of June 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE