# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

WILLIE LEE WILLIAMS,                                                                                    PLAINTIFF
ADC #667506

v.                                                    3:20-cv-00054-JM-JJV

DOES, C.O. Percy, and
HOLLY KELLETT, Nurse                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Complaint (Doc. No. 2) is DISMISSED WITHOUT PREJUDICE, pursuant to Local Rule 5.5(c)(2) for lack of prosecution

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 21st day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE