**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

WILLIE LEE WILLIAMS,                                                                    PLAINTIFF
ADC #667506

v.                                          3:20-cv-00054-JM-JJV

DOES, C.O. Percy, and
HOLLY KELLETT, Nurse                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, Plaintiff's claims are DISMISSED

WITHOUT PREJUDICE, and this case is CLOSED.  It is certified that an *in forma pauperis*

appeal from this Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

Dated this 21st day of July, 2020.


_____
UNITED STATES DISTRICT JUDGE